**Dismiss and Opinion Filed August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00468-CV

## IN THE INTEREST OF A.L. AND A.L., Children

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13880**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

By letter dated June 9, 2014, appellant notified the Court that the parties in this case had reached a settlement agreement and a motion to dismiss would be filed "in the next few weeks." Thereafter, by letter dated July 7, 2014, the Court notified the parties that because the parties had resolved their issues, the appeal would be dismissed without further notice unless the parties notified the Court to the contrary. On July 18, 2014, appellant filed a copy of the June 8, 2014 Rule 11 agreement in this case. And, neither party has notified the Court to delay dismissal of this appeal.

Therefore, we dismiss this appeal. TEX. R. APP. P. 42.3(c).

140468F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.L. AND A.L.,
Children

No. 05-14-00468-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-13880.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that subject to any agreement of the parties, each party bear its own costs of this appeal.

Judgment entered August 19, 2014